DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Groenewold<br><br>Case below:<br>157 N.C. App. 574 | No. 309P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-810)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Hackler<br><br>Case below:<br>157 N.C. App. 574 | No. 276P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1126) | Denied |
| State v. Howard<br><br>Case below:<br>158 N.C. App. 226 | No. 365P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-703)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Hunt<br><br>Case below:<br>Robeson County<br>Superior Court | No. 005A86-8 | Def's Conditional Motion to File a Reply Brief Pursuant to Rule 28(h)(1) of the North Carolina Rules of Appellate Procedure | Denied<br>**07/15/03** |
| State v. Hunt<br><br>Case below:<br>Robeson County<br>Superior Court | No. 005A86-9 | Def's PWC to Review the Order of the Superior Court | Denied<br>**07/15/03** |
| State v. Jones<br><br>Case below:<br>Wake County<br>Superior Court | No. 395A91-7 | 1. Def's Motion for Stay of Execution of Judgment<br><br>2. Def's PWC to Review the Order of Superior Court<br><br>3. Def's Other Remedial Writ to Review Arbitrariness of Death Sentence (Received 8-11-03)<br><br>4. Def's Motion to Vacate Disproportionate and Excessive Death Penalty (Received 8-7-03) | 1. Denied<br>**08/14/03**<br><br>2. Denied<br>**08/14/03**<br><br>3. Denied<br>**08/14/03**<br><br>4. Denied<br>**08/14/03** |
| State v. Jones<br><br>Case below:<br>158 N.C. App. 465 | No. 384P03 | Def's PWC to Review the Decision of the COA (COA02-996) | Denied<br><br>**Wainwright, J. recused** |
| State v. Keel<br><br>Case below:<br>Edgecombe County<br>Superior Court | No. 134A93-10 | 1. Def's PWC to Review the Order of the Superior Court<br><br>2. Def's PWC to Review the Order of the Superior Court<br><br>3. Def's PWC to Review the Order of the Superior Court (on Bypass from COA) | 1. Denied<br><br>2. Denied<br><br>3. Denied |